UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES WEST,

          Plaintiff,

    v.

ROLAND SPONGBERG, et al.,

          Defendants.

Case No.  26-cv-02568-SVK

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to 24-cv-01840-HSG.

    **SO ORDERED.**

Dated: March 27, 2026

_____

SUSAN VAN KEULEN
United States Magistrate Judge